1 STEVEN G. ROSALES
ATTORNEY AT LAW 222224
2 LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3 SANTA FE SPRINGS, CALIFORNIA 90670-4712

4 TEL: 562/868-5886
FAX: 562/868-5491
5 E-MAIL: steven_rohlfinglaw@hotmail.com

6 Attorney for plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST HIMES, JR., | Case No.: CV 07-07407 (MAN) |
| Plaintiff, | ~~(PROPOSED)~~ ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner Social Security, | |
| Defendant | |

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, filed today that the Court dismisses the above matter without prejudice. Each side to bear her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE: June 24, 2008

/s/
THE HONORABLE MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-